IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

RONALD DANIELS,

    Plaintiff,

                                      CASE NO.:

-vs-

HOME DEPOT U.S.A., INC.,
A Foreign Profit Corporation,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, RONALD DANIELS, by and through his undersigned attorneys, and sues Defendant, HOME DEPOT U.S.A., INC., a Foreign Profit Corporation, (hereinafter, "HOME DEPOT") and alleges:

1. This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs and attorneys' fees.

2. The incident that gives rise to the issues in this lawsuit occurred in Hillsborough County, Florida.

3. At all times material hereto, Plaintiff, RONALD DANIELS, was a resident of Hillsborough County, Florida.

4. At all times material hereto, the Defendant, HOME DEPOT, was authorized and doing business in Hillsborough County, Florida.

5. At all times material hereto, Defendant, HOME DEPOT, owned, operated and/or maintained a store located 8815 N. Florida Avenue, Tampa, Hillsborough County, Florida, 33604, which was used as a store for the purposes of selling miscellaneous items to the general public.

6. On December 30, 2020, the Plaintiff, RONALD DANIELS, went to the HOME DEPOT store located at the above address to purchase items.

7. On the date and at the place aforesaid, the Defendant, HOME DEPOT, owed the Plaintiff, RONALD DANIELS, a business visitor upon the premises, the duty to exercise reasonable care for the safety of Plaintiff, RONALD DANIELS.

8. On the date and at the place aforesaid, the Defendant, HOME DEPOT, breached the duty owed to the Plaintiff, RONALD DANIELS, by committing one or more of the following omissions or commissions:

   a. Negligently failed to maintain or adequately maintain the bay that contained the fence panels by allowing the fence panels to be improperly stacked, for the safety of the Plaintiff, RONALD DANIELS;

   b. Negligently failed to inspect or adequately inspect the bay that contained the fence panels, to determine whether the fence panels were stacked correctly, for the safety of the Plaintiff, RONALD DANIELS;

   c. Negligently failed to warn or adequately warn the Plaintiff, RONALD DANIELS, of the danger of fence panels falling toward the front of the bay, when he entered the floor space in and around the bay with the fence panels, when the Defendant, HOME DEPOT, knew or should have known of said danger and that the Plaintiff, RONALD DANIELS, was unaware of said danger; and

   d. Negligently failed to correct, or adequately correct the dangerous condition of the fence panels when said dangerous condition was known to the Defendant, HOME DEPOT, or had existed for a sufficient length of time so that the Defendant should have known of it.

9.     As a direct and proximate cause of the negligence of the Defendant, HOME DEPOT, as heretofore alleged, the Plaintiff, RONALD DANIELS, was struck by fence panels that fell forward, which had been permitted to remain improperly stacked, and when he fell he sustained injuries and damages as hereinafter alleged.

10.    As a direct and proximate result of the negligence of the Defendant, HOME DEPOT, as heretofore alleged, the Plaintiff, RONALD DANIELS, was injured in and about his body and extremities; incurred medical expenses for the treatment of said injuries; incurred pain and suffering of both a physical and mental nature; incurred a permanent injury to the body as a whole; incurred loss of ability to lead and enjoy a normal life; incurred loss of wages and a loss of wage earning capacity, all of which are either permanent or continuing in nature and the Plaintiff, RONALD DANIELS, will sustain said loss in the future.

WHEREFORE, the Plaintiff, RONALD DANIELS, demands judgment against the Defendant, HOME DEPOT U.S.A., INC., a Foreign Profit Corporation, in an amount in excess of Thirty Thousand ($30,000.00) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

DATED this _14th_ day of April, 2022.

_____
Brad Culpepper, Esquire
CULPEPPER KURLAND, PLLC
101 East Kennedy Boulevard, Suite 2300
Tampa, Florida 33602
Tele: (813) 228-8600
Fax:  (813) 228-6500
Email: Service-Bculpepper@ckfirm.com
Florida Bar No.: 0568333
Attorney for Plaintiff(s)